UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

CURWOOD L. PRICE,

       Plaintiff,                                  Case No. 1:10-cv-374

v.                                                         Hon. Janet T. Neff

DUNCAN HOWARD,

       Defendant.

_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt. 69) of the Magistrate Judge, filed September 1, 2010, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Administrative Court Order (Dkt. 46) is **DENIED** for the reason(s) stated in the Report and Recommendation.

Dated: September 23, 2010                            /s/Janet T. Neff
                                                                       JANET T. NEFF
                                                                         UNITED STATES DISTRICT JUDGE